Fill in this information to identify the case:

Debtor name  REDWOOD  EMPIRE  LODGING, LP

United States Bankruptcy Court for the: _____  District of  Arizona
(State)

Case number (If known):   3:21-bk-04678

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sonoma County Tax Collector<br>585 Fiscal Drive<br>Santa Rosa, CA 95403 | | Rohnert Park, CA | | | | $257,995.26 |
| 2 | Best Western International<br>P.O. Box 842700<br>Los Angeles, CA 90084-2700 | | Fees-<br>Page, AZ | | | | $104,151.13 |
| 3 | City of Rohnert Park<br>130 Avram Avenue<br>Rohnert Park, CA 94928 | | Bed Tax-<br>Rohnert Park, CA | | | | $62,277.96 |
| 4 | Best Western International<br>P.O. Box 842700<br>Los Angeles, CA 90084-2700 | | Fees-<br>Rohnert Park, CA | | | | $61,123.67 |
| 5 | Coconino County Treasurer<br>110 E. Cherry Avenue<br>Flagstaff, AZ 86001-4627 | | Page, AZ | | | | $34,813.65 |
| 6 | CSI Networks<br>P.O. Box 363<br>Provo, UT 84317 | | Page, AZ | | | | $11,497.50 |
| 7 | S&K Inns of America<br>1080 NE Laurel Street<br>Newport, OR 97365 | | Rohnert Park, CA | | | | $8,437.50 |
| 8 | California Office of Tourism<br>555 Capitol Mall, Ste. 465<br>Sacramento, CA 95814 | | Rohnert Park, CA | | | | $5,436.03 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CIG- 2637<br>P.O. Box 2093<br>Monterey, CA 93942 | | Rohnert Park, CA | | | | $3,956.02 |
| 10 | Page Utility Enterprises<br>640 Haul Rd.<br>Page, AZ 86040 | | Page, AZ | | | | $3,893.07 |
| 11 | WCF Mutual Insurance<br>P.O. Box 26488<br>Salt Lake City, UT 84126-0488 | | Page, AZ | | | | $3,044.41 |
| 12 | A1 American Group<br>12386 Osbourne Place<br>Pacoima, CA 91331 | | Rohnert Park, CA | | | | $2,581.81 |
| 13 | Ukiah Valley Sanitation District<br>151 Laws Avenue<br>Ukiah, CA 95482 | | Rohnert Park, CA | | | | $2,289.19 |
| 14 | DirecTV<br>P.O. Box 105429<br>Atlanta, GA 30348-5063 | | Rohnert Park, CA | | | | $2,086.55 |
| 15 | US Foods Inc.<br>P.O. Box 52531<br>Phoenix, AZ 85072-2531 | | Page, AZ | | | | $2,003.54 |
| 16 | CIG- 9001<br>P.O. Box 2093<br>Monterey, CA 93942 | | Rohnert Park, CA | | | | $1,008.34 |
| 17 | Redd's Ace Hardware<br>82 S. Main Street<br>Blanding, UT 84511 | | Page, AZ | | | | $929.71 |
| 18 | Ecolab Food Safety<br>P.O. Box 10512<br>Pasadena, CA 91189 | | Rohnert Park, CA | | | | $927.93 |
| 19 | California Dept. of Tax and Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279 | | Rohnert Park, CA | | | | $871.00 |
| 20 | HD Supply<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | Rohnert Park, CA | | | | $557.56 |