James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Poppy Bank

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Redwood Empire Lodging, LP,<br><br>Debtor. | Chapter 11<br><br>No. 3:21-bk-04678-EPB<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

    Notice is hereby given that James B. Ball, of Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, Arizona 85018, (602) 840-1400, makes his appearance in the above-captioned matter as counsel for Poppy Bank, and hereby requests that his name be added to the master mailing list.

    DATED this 17th day of June 2021.

                                                                By/s/ James B. Ball #007339
                                                                James B. Ball
                                                                Ball, Santin & McLeran, PLC
                                                                2999 N. 44th Street, Suite 500
                                                                Phoenix, Arizona 85018
                                                                Attorney for Poppy Bank

| | |
|---|---|
| 1 | COPIES of the foregoing mailed the 17th day of June 2021 to: |
| 2 | |
| 3 | Isaac M. Gabriel<br>Jason D. Curry<br>Michael Galen |
| 4 | Quarles & Brady LLP<br>2 N. Central Avenue |
| 5 | Phoenix, AZ 85004-2391<br>Attorneys for Debtor |
| 6 | |
| 7 | Larry L. Watson<br>Office of The U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 8 | Phoenix, AZ 85003-1706<br>Attorney for U.S. Trustee |
| 9 | |
| 10 | /s/ Erin O'Brien |

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400