STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014-4982
(602) 264-9224

Steven J. Brown (#010792)
sbrown@sjbrownlaw.com
*Attorney for Pacific Premier Bank*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| REDWOOD EMPIRE LODGING, LP, | Case No. 3:21-bk-04678-EPB |
|           Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Steven J. Brown of the law firm Steve Brown & Associates, LLC, hereby enters his appearance in the above captioned action on behalf of Pacific Premier Bank.

The undersigned hereby requests notice of all orders and filings in this proceeding be served upon him at the address indicated below:

Steven J. Brown
Steve Brown & Associates, LLC
1414 East Indian School Road, Suite 200
Phoenix, AZ 85014-4982
sbrown@sjbrownlaw.com

. . .

. . .

| | |
|---|---|
| 1 | DATED this 18th day of June, 2021. |
| 2 | STEVE BROWN & ASSOCIATES, LLC |
| 3 | By /s/ Steven J. Brown (#010792) |
| 4 | Steven J. Brown |
| | 1414 East Indian School Road, Suite 200 |
| 5 | Phoenix, Arizona 85014-4982 |
| | Attorney for Pacific Premier Bank |
| 6 | |
| 7 | COPY electronically filed and served via ECF on |
| | CM/ECF users on June 18, 2021, which |
| 8 | constitutes service pursuant to L.R. Bankr. P. 9076-1: |
| 9 | |
| | Isaac M. Gabriel |
| 10 | Jason D. Curry |
| | Michael Galen |
| 11 | Quarles & Brady LLP |
| 12 | 2 N. Central Avenue |
| | Phoenix, AZ 85004-2391 |
| 13 | isaac.gabriel@quarles.com |
| | jason.curry@quarles.com |
| 14 | michael.galen@quarles.com |
| 15 | Attorneys for Debtor |
| 16 | |
| | Larry L. Watson |
| 17 | Office of The U.S. Trustee |
| | 230 North First Avenue, Suite 204 |
| 18 | Phoenix, AZ 85003-1706 |
| | larry.watson@usdoj.gov |
| 19 | Attorney for U.S. Trustee |
| 20 | |
| | James B. Ball |
| 21 | Ball, Santin & McLeran, PLC |
| 22 | 2999 N. 44th Street, Suite 500 |
| | Phoenix, Arizona 85018 |
| 23 | ball@bsmplc.com |
| | Attorney for Poppy Bank |
| 24 | |
| 25 | |
| 26 | By /s/ Karen Flaaen, CP |

2